**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JAN 17 PM 4: 53
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEFFERY S. SIKES, Defendant. | 4:18CR3011 <br><br> INDICTMENT <br> 18 U.S.C. § 3146(a)(1). |

The Grand Jury charges that

## COUNT I

On or about January 5, 2018, in the District of Nebraska, JEFFERY S. SIKES, being a person who had been released pursuant to Chapter 207 of Title 18, United States Code, in connection with a charge alleging violations of Title 18, United States Code, Sections 1343 and 2 and 1341, crimes punishable by a term of imprisonment of 20 years, and being a person who was awaiting sentence after entering a plea of guilty on April 28, 2017, in the United States District Court for the District of Nebraska, in case number 4:15CR3128, captioned *United States v. Jeffery S. Sikes*, and after having been directed by the Court to return to court for sentencing on January 5, 2018, JEFFERY S. SIKES did knowingly and willfully fail to appear as required by the conditions of his release.

In violation of 18 U.S.C. § 3146(a)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL #16925
Assistant U.S. Attorney