IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3011 |
| vs. | |
| JEFFREY S. SIKES, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 23). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant. Accordingly,

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 23) is granted.

2. The indictment is dismissed without prejudice as to the above-captioned defendant.

Dated this 11th day of June, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge